**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| John Roehrs, M.D. and Jean Roehrs, his wife, | No. CIV-03-1373-PHX-LOA |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Minnesota Life Insurance Company, a foreign corporation, and Standard Insurance Company, a foreign corporation, | |
| Defendants. | |

The parties' Stipulation for Dismissal With Prejudice having come on before the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, in its entirety, the parties to bear their own costs and attorneys' fees.

DATED this 31st day of March, 2006.

Lawrence O. Anderson
United States Magistrate Judge